Nebraska Supreme Court Online Library
www.nebraska.gov/apps-courts-epub/
03/08/2019 08:05 AM CST

U.S. Specialty Insurance Company,
a corporation, appellee, v.
D S Avionics Unlimited
LLC, appellant.
___ N.W.2d ___

Filed February 15, 2019.    No. S-17-1101.

supplemental opinion

Appeal from the District Court for Douglas County: Shelly
R. Stratman, Judge. Supplemental opinion: Former opinion
modified. Motions for rehearing overruled.

Thomas M. Locher, of Locher, Pavelka, Dostal, Braddy &
Hammes, L.L.C., for appellant.

Robert E. O'Connor, Jr., for appellee.

Heavican, C.J., Miller-Lerman, Cassel, Stacy, Funke, and
Papik, JJ., and Johnson, District Judge.

Per Curiam.
This case is before us on motions for rehearing filed by the
appellant, D S Avionics Unlimited LLC, and the appellee, U.S.
Specialty Insurance Company, concerning our opinion in *U.S.
Specialty Ins. Co. v. D S Avionics*.[1] We overrule the motions,
but we modify the opinion as follows:

---

[1] *U.S. Specialty Ins. Co. v. D S Avionics*, 301 Neb. 388, 918 N.W.2d 589
(2018).

In the "Declaratory Judgment Was Premature" subsection, we strike the third sentence of the first paragraph, including footnote 14.[2] Also in the same subsection, after the fourth sentence of the second paragraph,[3] we insert the following sentence: "'This rule embraces not only cases where the identical issues between the same parties are *sub judice*, but also possibly cases in which the issues only are identical but not the parties.'"[4]

The remainder of the opinion shall remain unmodified.

FORMER OPINION MODIFIED.

MOTIONS FOR REHEARING OVERRULED.

---

[2] *Id*. at 398, 918 N.W.2d at 596.

[3] *Id*. at 399, 918 N.W.2d at 596.

[4] *Strawn v. County of Sarpy*, 146 Neb. 783, 788, 21 N.W.2d 597, 600 (1946).